1    **WO**

2

3

4

5

6                    IN THE UNITED STATES DISTRICT COURT

7                        FOR THE DISTRICT OF ARIZONA

8

9    Thomas Stewart, Jr.,                )    No. CV-03-0528-PHX-EHC (LOA)
                                          )
10              Plaintiff,                )    **ORDER SECURING ATTENDANCE**
                                          )    **OF PRISONER AT SETTLEMENT**
11   vs.                                  )    **CONFERENCE HEARING**
                                          )
12                                        )
     Detention Officer Tellez, A6691,     )
13                                        )
                Defendant.                )
14                                        )
                                          )
15   _____)

16          Pursuant to this Court's Settlement Conference Order signed this same date, a

17   Settlement Conference  has been set for **Wednesday, September 6, 2006 at 1:30 p.m.**

18   before the undersigned.  All parties and their counsel have been ordered to physically appear

19   for said Settlement Conference.   However, Plaintiff Thomas Stewart, Jr. is currently

20   incarcerated in the Arizona State Prison Complex, Buckley Unit, Buckeye, Arizona

21          Therefore,

22          **IT IS ORDERED** that Deputy Warden Mark Perkins of the Arizona State Prison

23   Complex, Buckley Unit, Buckeye, Arizona provide transportation for Plaintiff, **Thomas**

24   **Stewart, Jr.,  Inmate #184733**, to secure Plaintiff's appearance before the undersigned at

25   the Sandra Day O'Connor U. S. Courthouse, 401 West Washington Street, Courtroom 302,

26   Phoenix, Arizona on **Wednesday, September 6, 2006 at 1:30 p.m.** to participate in said

27   Settlement Conference and thereafter to maintain the detainee within the jurisdiction of this

28   Court pending the satisfaction of this Order Securing Attendance of Prisoner or further orders

1  of the Court, thereupon to be returned to detainee's place of incarceration unless otherwise

2  ordered by the Court.   The Settlement Conference is scheduled for one and a half hours.

3      **IT IS FURTHER ORDERED** that this Court's staff mail a certified copy of this

4  Order to Deputy Warden Mark Perkins of the Arizona State Prison Complex, Buckley Unit,

5  P. O. Box 3400, Buckeye, Arizona 85326 ; Betty Davis, Legal Services, Arizona Department

6  of Corrections, 1601 West Jefferson, MC 481, Phoenix, AZ 85007 and Peggy Soto, Records

7  Department/ASPC, Buckley Unit, P. O. Box 3400, Buckeye, Arizona 85326..

8      It is the understanding of the undersigned that the  Legal Services Department of the

9  Arizona Department of Corrections and the Records Department of the Arizona State Prison

10  Complex, Buckley Unit, are the responsible departments for coordinating the paperwork to

11  ensure that the Plaintiff will be transported in a timely fashion on the appropriate date and

12  time.

13      **IT IS FURTHER ORDERED** that the undersigned's chambers shall deliver a

14  certified copy of this Order to the United States Marshal's Office.

15      **IT IS FURTHER ORDERED** that the Records Department of the Buckley Unit,

16  Arizona State Prison Complex, Buckeye, Arizona shall contact the United States Marshal's

17  Office, District of Arizona, to coordinate the intake of the detainee into the Sandra Day

18  O'Connor U. S. Courthouse by contacting Supervisor Deputy Raymond Kondo at (602) 382-

19  8751.

20      DATED this 26th day of June, 2006.

21

22

23                Lawrence O. Anderson
              United States Magistrate Judge

24

25

26

27

28